THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **JINJIANGSHISILULIANGPINJINCHUKOUMAOYI CO., LTD.** Plaintiffs,<br><br>v.<br><br>**THE ENTITIES AND INDIVIDUALS IDENTIFIED IN ANNEX A**<br><br>Defendants. | **Civil Action No.**<br><br>**23cv4687** |

## COMPLAINT FOR PATENT INFRINGEMENT

This is an action for patent infringement in which **JINJIANGSHISILULIANGPINJINCHUKOUMAOYI CO., LTD.** ("Plaintiff") accuses the Entities and Individuals identified in Annex A ("Defendants") of infringing U.S. Patent Nos. [REDACTED] (the "Patent-in-Suit" or the "'[REDACTED] Patent") under 35 U.S.C. §271, alleging as follows:

## PARTIES

1.  Plaintiff is the exclusive licensee of the Patent-in-Suit with right to sue explicitly granted by the owner of the Patent-in-Suit and sells faucet extenders on online platforms to U.S. customers.

2.  Defendants are individuals and entities who sell and/or offer to sell infringing products through various "storefronts" via online retail websites accepting U.S. Dollars.

1

3. At present, many of the Defendants can only be identified through their storefronts and other limited publicly available information. Plaintiffs will voluntarily amend its Complaint as needed if Defendants provide additional credible information regarding their identities.

## JURISDICTION AND VENUE

4. This is an action for infringement of the Patents-in-Suit arising under 35 U.S.C. §§ 271(a), 281, and 284 - 85. This Court has subject matter jurisdiction over this action under 28 U.S.C. §1331 and §1338(a).

5. Each Defendant sells and/or offers to sell infringing products through various "storefronts" via online retail websites accepting U.S. Dollars through eBay, Amazon, Walmart, and other website platforms through which each Defendants target residents in this judicial district and, upon information and belief, ships infringing products to residents within the Northern District of Illinois. Thus, each Defendant is committing, *inter alia*, patent infringement in this District.

6. Venue in the Northern District of Illinois is proper pursuant to 28 U.S.C. § 1391 because a substantial part of the events that give rise to the claim occur within this District, each Defendant has committed acts of infringement in and has significant contacts within this District, and each Defendant as delineated in Annex A is selling or offering to sell the infringing products in the product listings targeted at this District.

## U.S. PATENT NO. [REDACTED]

7. On October 11, 2012, United States Design Patent No. [REDACTED] (the "'[REDACTED] patent") was duly and legally issued by the United States Patent and

Trademark Office for an invention entitled "[REDACTED]." A true and correct copy of the ' [REDACTED] patent is attached hereto as Exhibit A.

8. [REDACTED] is the inventor and owner of the ' [REDACTED] patent.

9. Plaintiff is the licensee explicitly granted with the right to exploit the patent and the right to sue by [REDACTED]. A true copy of the license agreement is attached hereto as Exhibit B.

10. Plaintiff sells products that include the design protected by the ' [REDACTED] patent, herein referred to as the "Design."

[REDACTED]

## COUNT I
## INFRINGEMENT OF U.S. DESIGN PATENT NO. D966,[REDACTED]

11. Defendants directly or through intermediaries offer to sell and/or sell faucet extenders which infringe the ' [REDACTED] patent, shown in Exhibit A-1.

12. Upon information and belief, Defendants have been and are now infringing the claim of the ' [REDACTED] patent in the State of Illinois, in this judicial district, and other jurisdictions in the United States by selling or offering to sell the infringing faucet extenders. The Defendants are directly infringing, literally infringing, and/or infringing the '[REDACTED] Patent under the doctrine of equivalents.

13. Defendants are making, using, offering for sale, selling, and/or importing into the United States for subsequent sale or use Infringing Products that infringe directly and/or indirectly the ornamental design claimed. *See* Ex. A-1.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs respectfully requests that this Court enter:

1. a judgment in favor of Plaintiffs that Defendants have infringed the Patents-in-Suit;

2. a permanent injunction enjoining Defendants and their officers, directors, agents, servants, affiliates, employees, divisions, branches, subsidiaries, parents, and all others acting in active concert therewith from infringement, inducing the infringement of, or contributing to the infringement of the Patents-in-Suit, or such other equitable relief the Court determines is warranted;

3. a judgment and order requiring Defendants pay to Plaintiffs their damages, costs, expenses, lost profits, and prejudgment and post-judgment interest for Defendants' infringement of the Patents-in-Suit as provided under 35 U.S.C. § 284, and an accounting of ongoing post-judgment infringement;

4. a determination that this is an exceptional case within the meaning of 35 U.S.C. § 285 and an award to Plaintiffs the costs, expenses, and reasonable attorneys' fees incurred in this action; and

5. that, upon Plaintiffs' request, all in privity with Defendants and with notice of the injunction, including but not limited to any online marketplace platforms, such as Alibaba, Ali Express, Amazon, DH Gate, eBay, Newegg, Shopify, Wish, and vendors of sponsored search terms or online ad-word providers, financial services providers, including but not limited to credit card providers, banks, merchant account providers, third party payment processors, web hosts, and Internet search engines, such as Google, Bing, and Yahoo shall:

    a. cease providing services used by Defendants, currently or in the future, to sell or offer for sale goods under the '[REDACTED] patent;

b. cease displaying any advertisements in any form, connected or associated with Defendants in connection with the sale of infringing goods under the '[REDACTED] patent; and

c. disable all links to the marketplace accounts identified on Annex A from displaying in search results, including from any search index.

## DEMAND FOR JURY TRIAL

Plaintiff, under Rule 38 of the Federal Rules of Civil Procedure, requests a trial by jury of any issues so triable by right.

DATED July 20, 2023

Respectfully submitted,

/s/ Ge (Linda) Lei
Ge (Linda) Lei
203 N. LaSalle St., Suite 2100
Chicago, IL 60601
Attorney No. 6313341
Linda.lei@getechlaw.com
312-888-6633

/s/ Jun Ye
Jun Ye (Pro Hac Vice to be filed)
Jun.ye@getechlaw.com
New York Bar No.: 5098116

*ATTORNEY FOR PLAINTIFF*