IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JINJIANGSHISILULIANGPINJINCHUKOUMAOYI CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> THE ENTITIES AND INDIVIDUALS IDENTIFIED IN ANNEX A, <br><br> Defendants. | Case No. 1:2023-cv-04687 <br><br> Judge: Martha M. Pacold <br><br> Magistrate Judge: Sheila M. Finnegan |

## MOTION FOR LEAVE TO FILE UNDER SEAL

Plaintiff, INJIANGSHISILULIANGPINJINCHUKOUMAOYI CO., LTD., ("Plaintiff"), file this Motion for Leave to File the following documents under seal: (1) its Amended Complaint which lists Defendants' online Amazon.com, eBay.com, and Walmart store URL and online store names, (2) Schedule A to the Amended Complaint, which includes a list of the Defendants' online Amazon.com, eBay.com, and Walmart store URL and online store names, (3) Plaintiff's *Ex Parte* Motion for Entry of a Temporary Restraining Order ("TRO"), including a temporary injunction, temporary asset restraint, and expedited discovery and (4) Plaintiff's Motion for Alternative Service. These documents identify the individual Defendants in this case via their online Seller Account names and contain certain Plaintiff's patent related information. Upon information and belief, Defendants operate numerous Amazon.com, eBay.com, and Walmart Seller Accounts for the sole purpose of selling and offering for sale infringing goods, including goods infringing Plaintiffs' patent. Given the nature of the online platform, which allows overseas Defendants to operate anonymously, Plaintiffs are also filing—concurrently with

this Motion—a motion for temporary *ex parte* restraining order enjoining the Defendants from infringing Plaintiffs' patent. As such, Plaintiffs believe sealing these portions of the Complaint which identify the Amazon.com, eBay.com, and Walmart Seller Accounts is necessary to prevent Defendants from simply closing their current account and opening accounts under a different name or even on a different platform, thereby frustrating the entire purpose of the law, Plaintiffs' attempts to protect its patent rights, and the powers of this Court. Once the Court has entered and Defendants have been served with the requested temporary restraining order, Plaintiffs will move to unseal these documents.

DATED July 24, 2023　　　　　　　　　　　　Respectfully submitted,

/s/ Ge (Linda) Lei
Ge (Linda) Lei
203 N. LaSalle St., Suite 2100
Chicago, IL 60601
Attorney No. 6313341
Linda.lei@getechlaw.com
312-888-6633

/s/ Jun Ye
Jun Ye (Pro Hac Vice to be filed)
Jun.ye@getechlaw.com
New York Bar No.: 5098116

*ATTORNEY FOR PLAINTIFF*