# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

JINJIANGSHISILULIANGPINJINCHUKOUMAOYI CO., LTD.

                Plaintiff,

v.

Case No.: 1:23−cv−04687

Honorable Martha M. Pacold

The Entities and Individuals Identified in Annex A

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 26, 2023:

      MINUTE entry before the Honorable Martha M. Pacold: The court has reviewed plaintiff's motion for an ex parte TRO and expedited discovery [6]. Before the court rules on the motion, Plaintiff is directed to review this court's procedures for Schedule A cases on the court's website (https://www.ilnd.uscourts.gov/judge−info.aspx?tdD C7jWNEcPS6Px28PZuWg==). Plaintiff is required to submit its proposed TRO order (along with a track changes version comparing plaintiff's proposed order to the court's template) to this court's proposed orders inbox following the procedures on the website. Plaintiff's motion for electronic service of process [7] and motion to file under seal [8] are granted. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.