# IN THE UNITED STATE DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JINJIANGSHISILULIANGPINJINCHUKOUMAOYI CO., LTD.,<br><br>               Plaintiff,<br><br>v.<br><br>THE ENTITIES AND INDIVIDUALS IDENTIFIED IN ANNEX A,<br><br>               Defendants. | Case No. 1:2023-cv-04687<br><br>Judge: Martha M. Pacold<br><br>Magistrate Judge: Sheila M. Finnegan |

## PLAINTIFF'S *EX PARTE* MOTION TO EXTEND THE TEMPORARY RESTRAINING ORDER

      Plaintiff, JINJIANGSHISILULIANGPINJINCHUKOUMAOYI CO., LTD. ("Plaintiff") respectfully request this Court extend the Temporary Restraining Order entered in this matter (Dkt. No. 11) an additional fourteen days, through and including August 31, 2023. The reasons for such are set forth in the concurrently filed Memorandum of Law in Support.

DATED August 10, 2023

                                                  Respectfully submitted,

                                                  /s/ Ge (Linda) Lei
                                                  Ge (Linda) Lei
                                                  203 N. LaSalle St., Suite 2100
                                                  Chicago, IL 60601
                                                  Attorney No. 6313341
                                                  Linda.lei@getechlaw.com
                                                  312-888-6633

                                                  /s/ Jun Ye
                                                  Jun Ye (Pro Hac Vice to be filed)
                                                  Jun.ye@getechlaw.com
                                                  New York Bar No.: 5098116

                                                  *ATTORNEY FOR PLAINTIFF*