# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

JINJIANGSHISILULIANGPINJINCHUKOUMAOYI CO., LTD.

                                                          Plaintiff,

v.

Case No.: 1:23−cv−04687

Honorable Martha M. Pacold

The Entities and Individuals Identified in Annex A, et al.

                                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 18, 2023:

      MINUTE entry before the Honorable Martha M. Pacold: The court has received plaintiff's notice of dismissal [19], which seeks to voluntarily dismiss defendant Intelligent3H US under Rule 41(a)(1). But Rule 41(a) is not the proper vehicle for dismissing some, but not all, parties to an action. Taylor v. Brown, 787 F.3d 851, 857 (7th Cir. 2015) ("Rule 41(a) should be limited to dismissal of an entire action."). The court therefore construes plaintiff's notice of voluntary dismissal [19] as a request for leave to amend the pleadings under Rule 15(a)(2) by dropping defendant Intelligent3H US from the Schedule A form, see Taylor, 787 F.3d at 857−58, and the court grants plaintiff leave to amend the pleadings. Plaintiff is directed to file an amended Schedule A form by 8/23/2023 identifying the remaining defendants (and making the substitutions authorized by the court in [17]). (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.