**IN THE UNITED STATE DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JINJIANGSHISILULIANGPINJINCHUKO UMAOYI CO., LTD., | |
| Plaintiff, | Case No. 1:2023-cv-04687 |
| v. | Judge: Martha M. Pacold |
| THE ENTITIES AND INDIVIDUALS IDENTIFIED IN ANNEX A, | Magistrate Judge: Sheila M. Finnegan |
| Defendants. | |

**PLAINTIFF'S MOTION FOR ENTRY OF A PRELIMINARY INJUNCTION**

Plaintiff, JINJIANGSHISILULIANGPINJINCHUKOUMAOYI CO., LTD. ("Plaintiff"), hereby moves this Honorable Court for entry of a Preliminary Injunction enjoining THE ENTITIES AND INDIVIDUALS IDENTIFIED IN ANNEX A ("Defendants") from making, using, offering for sale, and/or selling the identified Infringing Products and for an asset restraint in an action arising out of 35 U.S.C. § 271. The scope of the Preliminary Injunction is substantially identical to the Temporary Restraining Order entered on August 3, 2023. (Dkt. No. 10). In support of its Motion, Plaintiff concurrently files a Memorandum of Law.

DATED: August 23, 2023

Respectfully submitted,

/s/ Ge (Linda) Lei
Ge (Linda) Lei
203 N. LaSalle St., Suite 2100
Chicago, IL 60601
Attorney No. 6313341
Linda.lei@getechlaw.com

1

312-888-6633

/s/ Jun Ye
Jun Ye (Pro Hac Vice)
Jun.ye@getechlaw.com
New York Bar No.: 5098116

*ATTORNEY FOR PLAINTIFF*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 23, 2023, a true and correct copy of the foregoing document was filed electronically through the Court's CM/ECF system with notice of case activity automatically generated and sent electronically to counsel of record.

/s/ Ge (Linda) Lei
Ge (Linda) Lei
203 N. LaSalle St., Suite 2100
Chicago, IL 60601
Attorney No. 6313341
Linda.lei@getechlaw.com
312-888-6633

/s/ Jun Ye
Jun Ye (Pro Hac Vice)
Jun.ye@getechlaw.com
New York Bar No.: 5098116

*ATTORNEY FOR PLAINTIFF*

3