Case: 1:23-cv-04687 Document #: 29-2 Filed: 09/23/23 Page 1 of 10 PageID #:339



US00D966472S

(12) **United States Design Patent** (10) Patent No.: **US D966,472 S**
Liu (45) Date of Patent: ** **Oct. 11, 2022**

(54) **FAUCET**

(71) Applicant: **Hongmin Liu**, Zhuzhou (CN)

(72) Inventor: **Hongmin Liu**, Zhuzhou (CN)

(**) Term: **15 Years**

(21) Appl. No.: **29/864,360**

(22) Filed: **May 23, 2022**

(30) **Foreign Application Priority Data**

Feb. 15, 2022 (CN) ........................ 202230072906.X

(51) **LOC (13) Cl.** ............................................. **23-01**
(52) **U.S. Cl.**
USPC ........................................ **D23/255**
(58) **Field of Classification Search**
USPC .................................. D23/238–243, 255, 257
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D541,375 S | * | 4/2007 | Buttgen | D23/213 |
| D576,705 S | * | 9/2008 | McKeone | D23/238 |
| D619,220 S | * | 7/2010 | Semchuck | D23/238 |
| D630,711 S | * | 1/2011 | Eilmus | D23/238 |
| 8,056,574 B2 | * | 11/2011 | Erickson | E03C 1/042 |
| | | | | 137/15.18 |
| D661,378 S | * | 6/2012 | Eilmus | D23/255 |

| | | | | |
|---|---|---|---|---|
| D811,527 S | | 2/2018 | Fritz | |
| D855,764 S | * | 8/2019 | Song | D23/238 |
| D873,961 S | | 1/2020 | Garland | |
| D912,774 S | * | 3/2021 | Seum | D23/238 |
| D915,563 S | * | 4/2021 | Seum | D23/257 |
| D920,479 S | * | 5/2021 | Ao | D23/238 |
| D954,199 S | * | 6/2022 | Zeng | D23/238 |
| D958,301 S | * | 7/2022 | Mai | D23/255 |

* cited by examiner

*Primary Examiner* — Robert A Delehanty

(57) **CLAIM**
The ornamental design for a faucet, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of a faucet showing my new design;
FIG. **2** is another perspective view thereof;
FIG. **3** is a front elevational view thereof;
FIG. **4** is a rear elevational view thereof;
FIG. **5** is a left side elevational view thereof;
FIG. **6** is a right side elevational view thereof;
FIG. **7** is a top plan view thereof;
FIG. **8** is a bottom plan view thereof; and,
FIG. **9** is an enlarged view of portion **9** shown in FIG. **1**.
The dash-dash broken lines in the drawings depict portions of the faucet that form no part of the claimed design. The dot-dot broken lines represent boundaries of the enlarged portion and form no part of the claimed design.

**1 Claim, 9 Drawing Sheets**



Case: 1:23-cv-04687 Document #: 29-2 Filed: 09/23/23 Page 2 of 10 PageID #:339



FIG. 1



FIG. 2



FIG. 3

Case: 1:23-cv-04687 Document #: 29-2 Filed: 09/23/23 Page 5 of 10 PageID #:342



FIG. 4

Case: 1:23-cv-04687 Document #: 29-2 Filed: 09/23/23 Page 6 of 10 PageID #:343



FIG. 5



FIG. 6

Case: 1:23-cv-04687 Document #: 29-2 Filed: 09/23/23 Page 8 of 10 PageID #:345



FIG. 7

Case: 1:23-cv-04687 Document #: 29-2 Filed: 09/23/23 Page 9 of 10 PageID #:346



FIG. 8

Case: 1:23-cv-04687 Document #: 29-2 Filed: 06/23/23 Page 10 of 10 PageID #:347



FIG. 9