## PATENT LICENSE AGREEMENT

This Agreement (the "Agreement") is made by and between Hongmin Liu ("Licensor"), and jinjiangshisiluliangpinjinchukoumaoyi Co., Ltd., ("Licensee").

### RECITALS

A. Licensee is engaged in the business of the development, manufacturing, sale and marketing of faucet products.

B. Licensor owns U.S. Patent No. D966,472 (the "Patent" hereinafter) and is willing to grant Licensee the right to exploit the Patent under the terms herein set forth.

**NOW THEREFORE**, in consideration of the mutual covenants and promises herein contained, the Licensor and Licensee agree as follows:

1. This Agreement shall be effective as of July 14, 2023 (the "Effective Date").

2. Licensor hereby grants Licensee an exclusive right to exploit the patent with the right to sue under the U.S. Patent Law (35 U.S.C. §§ 271(a), 281, and 284 – 85).

3. This Agreement may be terminated by the written agreement of both parties. In the event that either party shall be in default of its material obligations under this Agreement and shall fail to remedy such default within sixty (60) days after receipt of written notice thereof, this Agreement shall terminate upon expiration of the sixty (60) day period.

4. This Agreement constitutes the entire and only agreement between the parties and all other prior negotiations, agreements, representations and understandings are superseded hereby.

5. This Agreement shall be construed and enforced in accordance with the laws of the United States of America and of the State of Illinois.

**IN WITNESS WHEREOF**, the parties hereto have caused their duly authorized representatives to execute this Agreement.

[Hongmin Liu]

By: HONG MIN LIU

Date: 7.14.2023

[jinjiangshisiluliangpinjinchukoumaoyi Co., Ltd.]

By: Tingting Zhang
[Name] Tingting Zhang
[Title] General Manager
Date: 7.14.2023