U.S. Design Patent D966,472

# Exhibit A-1

U.S. Design Patent D966,472



U.S. Design Patent D966,472



FIG. 2

U.S. Design Patent D966,472



U.S. Design Patent D966,472



U.S. Patent   Oct. 11, 2022   Sheet 4 of 9   US D966,472 S

FIG. 4

U.S. Design Patent D966,472



U.S. Design Patent D966,472



U.S. Design Patent D966,472



FIG. 7

U.S. Design Patent D966,472



FIG. 8

U.S. Design Patent D966,472



FIG. 9

U.S. Design Patent D966,472