# Exhibit G

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JINJIANGSHISILULIANGPINJINCHUK OUMAOYI CO., LTD., | |
| Plaintiff, | Case No. 1:2023-cv-04687 |
| v. | Judge: Martha M. Pacold |
| THE ENTITIES AND INDIVIDUALS IDENTIFIED IN ANNEX A, | Magistrate Judge: Sheila M. Finnegan |
| Defendants. | |

## DECLARATION OF GE (LINDA) LEI

I, Ge (Linda) Lei, hereby declare, and state as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am the attorney for Plaintiff. Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2. **Exhibit C** is a true and correct copy of the FY 2021 Intellectual Property Right Seizure Statistics report by U.S. Customs and Border Protection.

3. I, or someone acting under my direction, have reviewed the storefronts and product listings for the Seller Aliases, and have confirmed that none list any contact information or correspond to any type of identifiable entity.

4. I, or someone acting under my direction, have reviewed Exhibit A to the Complaint. A comparison between the claimed design of the U.S. Patent D966,472 and a representative sample of the product offered for sale by Defendants is shown as Exhibit A-1 to the Complaint.

5. **Exhibit D** is a true and correct copy of Daniel C.K. Chow, *Alibaba, Amazon, and Counterfeiting in the Age of the Internet*, 40 NW. J. INT'L L. & BUS. 157, 186 (2020).

6. **Exhibit E** is a true and correct copy of *Combating Trafficking in Counterfeit and Pirated Goods* prepared by the U.S. Department of Homeland Security's Office of Strategy, Policy, and Plans.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on the 24th day of August, 2023, in Chicago, IL.

Respectfully submitted,

*Ge (Linda) Lei*
_____
Ge (Linda) Lei

August 24, 2023
_____
Date