UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JINJIANGSHISILULIANGPINJINCHUKOUMAOYI CO., LTD.,<br><br>Plaintiff,<br>v.<br><br>THE ENTITIES AND INDIVIDUALS IDENTIFIED IN ANNEX A,<br><br>Defendants | Case No. 1:2023-cv-04687<br><br>Hon. Martha M. Pacold<br><br>Hon. Sheila M. Finnegan |

**MOTION TO WITHDRAW MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION [37], DECLARATION OF HONGMIN LIU REGARDING MEMORANDUM IN OPPOSITION TO MOTION [38] AND DECLARATION OF MEITING HU REGARDING MEMORANDUM IN OPPOSITION TO MOTION [39]**

NOW COMES CECEFIN ("Defendant"), by and through its undersigned counsel, and hereby moves the Court to withdraw its memorandum in opposition to Plaintiff's motion for preliminary injunction [37], together with annexed Declaration of Hongmin Liu regarding memorandum in opposition to motion [38] and Declaration of Meiting Hu regarding memorandum in opposition to motion [39] filed on September 1, 2023, because both parties have reached a settlement agreement to resolve this matter.

Dated: Queens, New York
September 8, 2023

Respectfully Submitted,

**J. Zhang and Associates, P.C.**
*Attorney for Defendant, CECEFIN*

/s/ Jiyuan Zhang
By: Jiyuan Zhang, Esq. (JZ7401)
37-12 Prince Street, Ste 9C

1

Flushing, NY 11354
Tel: (718) 701 - 5098

2

## AFFIRMATION OF SERVICE

I hereby certify that on September 8, 2023, a copy of the foregoing was served on counsel of record and interested parties by electronic means pursuant to the court's Electronic Case Filing (ECF) system.

*/s/ Jiyuan Zhang*