This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

Case: 1:23-cv-04687 Document #: 58 Filed: 09/13/23 Page 1 of 2 PageID #:961

FILED
9/13/2023
JXM
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# STATE OF ILLINOIS, CIRCUIT COURT ___ COUNTY

## ANSWER/RESPONSE TO COMPLAINT/PETITION

**Instructions**

Directly above, enter the name of the county where the case was filed.

Enter the name of the person or company that filed this case as Plaintiff/Petitioner.

Enter your name as the Defendant/Respondent.

Enter the Case Number given by the Circuit Clerk.

Plaintiff / Petitioner: JINJIANGSHISILULI ANGPINJINCHUKOU MAOYI

v.

Defendant / Respondent: The ENTITIES And Individuals Identified in Annex A

Robert P. Kearney Aviator 3141

Case Number: 23cv4687

1. My name is: Robert P. Kearney (as Aviator 3141)
   and I am the Defendant/Respondent.

2. My Answer/Response to Complaint/Petition is:

   Paragraph Number / Subparagraph Letter (if applicable)

   I am not a manufacturer, importer or product designer. I am a part time ebay reseller. I bought the item in question at a retailer. I listed the item on ebay and it was removed. I Did not sell Any of the items in question

   Please note — On September 5, 2023 Plantiff said they would release my accounts. On 9/8/23 - I spoke to the court clerks office and they said I was on the listed to be released. On 9/11/23 - my paypal account was released

**In 1**, enter your full name.

**In 2**, enter the number and letter of each paragraph and subparagraph in the Complaint/Petition.

- Check "Admit" if you agree all of the statements in the paragraph are true; or
- Check "Deny" if you disagree with any of the statements in the paragraph; or
- Check "Do Not Know" if you do not know if all of the statements in the paragraph are true or false. This means you do not have enough information to truthfully admit or deny the statements.

AR-A 1403.4        Page 1 of 3        (06/21)

Enter the Case Number given by the Circuit Clerk: _____

| | | ☐ Admit | ☐ Deny | ☐ Do Not Know |
| | | ☐ Admit | ☐ Deny | ☐ Do Not Know |

☐ I have listed additional statements on the *Additional Paragraphs for Answer/Response to Complaint/Petition* form.

| If you run out of space, list additional paragraphs on an *Additional Paragraphs for Answer/Response to Complaint/Petition* form, check the box, and file it with this form. |
|---|
| 735 ILCS 5/2-605(a) requires that if the Complaint/Petition is verified by oath that the *Answer/Response to Complaint/Petition* must also be verified. |
| 735 ILCS 5/2-610(b) requires that you swear to a lack of knowledge if you cannot admit or deny any of the statements in the Complaint/Petition. |
| IL Supreme Court Rule 137 requires the *Answer/Response to Complaint/Petition* be signed. |
| If you are completing this form on a computer, sign your name by typing it. If you are completing it by hand, sign and print your name. |
| Enter your complete address, telephone number, and email address, if you have one. |

**If the Complaint/Petition is verified by oath, then I certify that my answers above are true and correct. I understand that making a false statement on this form is perjury and has penalties provided by law under 735 ILCS 5/1-109.**

**Where I answer "Do Not Know" to paragraphs in section 2, above, I certify that I do not have enough information to admit or deny the statements in these paragraphs. I understand that making a false statement on this form is perjury and has penalties provided by law under 735 ILCS 5/1-109.**

/s/ *Robt Kny* (signature)
Your Signature

Robert Kearney
Your Name

912-398-0262
Telephone

Pro Sec
Attorney # (if any)

230 Parkview Ct
Street Address

Savannah, GA 31419
City, State, ZIP

bobkey63@yahoo.com
Email

**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

## PROOF OF DELIVERY

| In 1a, enter the name, mailing address, and email address of the party you are sending the document to. If they have a lawyer, you **must** enter the lawyer's information. |
|---|
| In 1b, check the box to show how you are sending the document. |
| **CAUTION:** If you and the person you are sending the document to have an email address, you **must** use one of the first two options. Otherwise, you may use one of the other options. |

1. I am sending the *Answer/Response to Complaint/Petition*

   a. To:
      Name: _____
             First          Middle          Last

      Address: _____
               Street, Apt #        City        State    ZIP

      Email address: _____

   b. By:
      ☐ An approved electronic filing service provider (EFSP)
      ☐ Email *(not through an EFSP)*
      *Only use one of the methods below if you do not have an email address, or the person you are sending the document to does not have an email address.*