IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JINJIANGSHISILULIANGPINJINCHUKOUMAOYI CO., LTD.<br><br>Plaintiff,<br><br>v.<br><br>The Entities and Individuals Identified in Annex A<br><br>Defendant. | Case No. 1:23-cv-04687-MMP-SMF |

## MOTION FOR MISCELLANEOUS RELIEF – CLARIFICATION OF THE CURRENT STATUS OF THE EX PARTE TEMPORARY RESTRAINING ORDER

The thirty-four Defendants listed in Exhibit 1 to the Declaration of Yichen Cao accompanying this motion ("the Represented Defendants"), by and through their undersigned counsel, hereby move this Court for miscellaneous relief in the form of a Minute Order or other statement on the docket clarifying the current (expired) status of the *ex parte* Temporary Restraining Order ("TRO") granted by this Court on August 3, 2023 (Dkt. 10) and extended an additional fourteen days by an Order dated August 11, 2023 (Dkt. 13).[1]

The Represented Defendants have been compelled to seek this unusual relief because, as described in the accompanying memorandum and its supporting papers, the online platforms hosting the Represented Defendants' online stores and business accounts subject to the TRO (*i.e.*, Amazon.com, Walmart.com, and eBay) refuse to release the Represented Defendants' frozen assets without seeing either a Court order lifting the TRO or an official statement that the TRO is

---

[1] The undersigned reached out to Plaintiff's counsel earlier today to notify Plaintiff that the Represented Defendants would file this motion by 5 PM and to ascertain Plaintiff's position regarding the relief requested but had received no response by the time of filing.

no longer in effect. In other words, as a practical matter, the Court's August 3, 2023 TRO continues to restrain the Represented Defendants and to significantly hamper their business operations long past its legal expiration date.

The current stasis is unjust both because the Represented Defendants have now effectively been subject to an *ex parte* injunction and asset restraint for significantly longer than the rules allow, and because (as described in the accompanying memorandum) the Represented Defendants have uncovered evidence that Plaintiff secured its *ex parte* TRO based on false pretenses — namely a forged July 2023 License Agreement between Plaintiff and the named inventor/patent-owner, who swears that he did not execute the License Agreement and had never even seen the document until after Plaintiff filed suit.

For all of the reasons set forth above and in the accompanying papers, and for good cause shown, the Represented Defendants respectfully request that the Court issue a Minute Order or official docket entry clarifying that the August 3, 2023 *ex parte* TRO issued in this case extended only through August 31, 2023, and is no longer in effect.

Date: September 15, 2023               ANALECTS LEGAL LLC


*Peter J. Curtin*
Peter J. Curtin (6332596)
Yichen Cao, Ph.D., J.D.
**ANALECTS LEGAL LLC**
1212 S Naper Blvd. Suite #119 - PMB 238
Naperville, IL 60540-7349
E-mail: pcurtin@analectslegal.com
              ycao@analectslegal.com
Tel: 1.240.432.3267 (Curtin)
       1.630.386.5514 (Cao)

*Counsel for the
Represented Defendants*

**CERTIFICATE OF SERVICE**

  I hereby certify that a true and accurate copy of the foregoing was filed electronically via the Court's electronic docketing system on September 15, 2023. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

            *Peter J. Curtin*
            Peter J. Curtin
            *Counsel for the*
            *Represented Defendants.*