# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

JINJIANGSHISILULIANGPINJINCHUKOUMAOYI CO., LTD., et al.

          Plaintiff,

v.

Case No.: 1:23−cv−04687

Honorable Martha M. Pacold

The Entities and Individuals Identified in Annex A, et al.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 19, 2023:

    MINUTE entry before the Honorable Martha M. Pacold: The motion for clarification [64] is granted. This court granted an ex parte temporary restraining order on 8/3/2023, which was set to remain in effect for fourteen calendar days. [10], [11]. On 8/11/2023, the court extended that temporary restraining order for fourteen more days, to 8/31/2023. [13]. The temporary restraining order expired on 8/31/2023 and is no longer in effect. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.