IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JINJIANGSHISILULIANGPINJINCHUK OUMAOYI CO., LTD., | |
| Plaintiff, | Case No. 1:2023-cv-04687 |
| v. | Judge: Martha M. Pacold |
| THE ENTITIES AND INDIVIDUALS IDENTIFIED IN ANNEX A, | Magistrate Judge: Sheila M. Finnegan |
| Defendants. | |

## MOTION FOR LEAVE TO AMEND ANNEX A

Pursuant to Rule 15(a)(2)) of the Federal Rules of Civil Procedure, Plaintiff, by and through counsel, files this motion requesting leave to file an Amended Annex A to the Complaint to dismiss with prejudice the following defendants that have settled with Plaintiff from this action. By filing this motion, Plaintiff will be able to notify third party platforms immediately to release any restraints against the following defendants.

| Defendant Name | Line No. |
|---|---|
| Changsha Zhouhang | 496 |
| VABNEER store | 603 |
| JIAHE KEJI | 563 |
| DooLV | 482 |
| tonerrover | 19 |
| easy-life6 | 42 |
| rainbow-printer | 17 |
| sun-tone | 6 |

| | |
|---|---|
| zhoukoutaoweishangmaoliansuoyouxiangongsi | 461 |
| Zeyaty | 488 |
| bellabella00 | 125 |
| hs-120 | 209 |
| Free Choice | 652 |
| GWSNIO | 447 |
| acwholesaler | 340 |
| amomall | 50 |
| conoshine | 278 |
| dinwa1391 | 226 |
| golodoor | 68 |
| quickkway | 212 |
| vineey95 | 129 |
| fuwangyuemaoyi | 485 |
| Jialei Store | 493 |
| Nee AGAVA Store | 444 |
| Rimoody | 502 |
| Kowsep | 497 |
| ukingu.s.a | 83 |
| bingospace | 170 |
| ai_smart | 214 |
| diybox | 203 |
| shieldsfans | 157 |
| worldchips | 58 |
| memolines | 10 |
| Royal Mall | 599 |
| Caitlin STORE | 608 |
| Figo31 | 499 |
| kitten_919 | 29 |

| | |
|---|---|
| comeerial99 | 7 |
| YiaMia Official | 569 |
| Bougraite | 486 |
| chrismob_92 | 8 |
| yuanriver_beautyriver | 187 |
| pete4334 | 89 |
| Glorjee US | 448 |
| YUMEI SHOP | 565 |
| coolshopping888 | 251 |
| usbestshop | 407 |
| jhfehfs | 396 |
| BeiYueJi | 590 |
| ruhama231 | 310 |
| kaparon | 412 |
| canghapp | 146 |
| Saker Inc | 568 |
| SHANGSHAN Co.Ltd | 579 |

DATED September 20, 2023

Respectfully submitted,

/s/ Ge (Linda) Lei
Ge (Linda) Lei
203 N. LaSalle St., Suite 2100
Chicago, IL 60601
Attorney No. 6313341
Linda.lei@getechlaw.com
312-888-6633

/s/ Jun Ye
Jun Ye (Pro Hac Vice Granted)
Jun.ye@getechlaw.com
New York Bar No.: 5098116

*ATTORNEY FOR PLAINTIFF*