IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JINJIANGSHISILULIANGPINJINCHUKOUMAOYI CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> THE ENTITIES AND INDIVIDUALS IDENTIFIED IN ANNEX A, <br><br> Defendants. | Case No. 1:2023-cv-04687 <br><br> Judge: Martha M. Pacold <br><br> Magistrate Judge: Sheila M. Finnegan |

## **MOTION FOR LEAVE TO FILE UNDER SEAL**

Plaintiff, INJIANGSHISILULIANGPINJINCHUKOUMAOYI CO., LTD., ("Plaintiff"), file this Motion for Leave to File Exhibit C [Recommended Group Three] to Plaintiff's Memorandum Establishing That Severance is Appropriate under seal. This document identifies the individual Defendants in this case via their online Seller Account names. Upon information and belief, Defendants operate numerous Amazon.com, eBay.com, and Walmart Seller Accounts for the purpose of selling and offering for sale infringing goods, including goods infringing Plaintiffs' patent. Plaintiff believes sealing this document which identify the Amazon.com, eBay.com, and Walmart Seller Accounts is necessary to prevent Defendants from simply closing their current account and opening accounts under a different name or even on a different platform, thereby frustrating the entire purpose of the law, Plaintiff's attempts to protect its patent rights, and the powers of this Court.

DATED September 20, 2023                    Respectfully submitted,

/s/ Ge (Linda) Lei
Ge (Linda) Lei
203 N. LaSalle St., Suite 2100
Chicago, IL 60601
Attorney No. 6313341
Linda.lei@getechlaw.com
312-888-6633

/s/ Jun Ye
Jun Ye (Pro Hac Vice Granted)
Jun.ye@getechlaw.com
New York Bar No.: 5098116

*ATTORNEY FOR PLAINTIFF*