# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

JINJIANGSHISILULIANGPINJINCHUKOUMAOYI CO., LTD., et al.

Plaintiff,

v.

Case No.: 1:23−cv−04687

Honorable Martha M. Pacold

The Entities and Individuals Identified in Annex A, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 19, 2023:

MINUTE entry before the Honorable Martha M. Pacold: The parties' joint motion to extend the deadline to file a status report [79] is granted. The parties should file a status report, as called for by the court's previous order [78], by 10/20/2023. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.