IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JINJIANGSHISILULIANGPINJINCHUK OUMAOYI CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> THE ENTITIES AND INDIVIDUALS IDENTIFIED IN ANNEX A, <br><br> Defendants. | Case No. 1:2023-cv-04687 <br><br> Judge: Martha M. Pacold <br><br> Magistrate Judge: Sheila M. Finnegan |

**PLAINTIFF'S MOTION TO DISMISS UNDER RULE 41(a)(2) and 735 ILCS 5/2-1009**

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and 735 ILCS 5/2-1009, Plaintiff JINJIANGSHISILULIANGPINJINCHUKOUMAOYI CO. LTD. ("Plaintiff") requests that this Court issue an order of dismissal as to all Remaining Defendants (the defendants represented by Analects Legal LLC as listed in documents previously filed).

Plaintiff has decided not to proceed against Remaining Defendants, in part because the vast majority of original Defendants were dismissed for improper joinder. After further considerations, Plaintiff does not wish to proceed against the remaining group of Defendants. The Remaining Defendants filed an answer on 09/17/2023, and there currently no pending counterclaims or third-party claims. Pursuant to Rule 15 of the Federal Rules of Civil Procedure, twenty-one (21) days have already elapsed, and Remaining Defendants can only amend their pleadings with leave of this Court.

Based on the foregoing, Plaintiff requests dismissal without prejudice against Remaining Defendants. By granting this motion, this case will be closed. And Plaintiff would like to request the posted bond of $10,000 be returned to Plaintiff as well.

DATED October 23, 2023                                  Respectfully submitted,

/s/ Ge (Linda) Lei
Ge (Linda) Lei
203 N. LaSalle St., Suite 2100
Chicago, IL 60601
Attorney No. 6313341
Linda.lei@getechlaw.com
312-888-6633

/s/ Jun Ye
Jun Ye (Pro Hac Vice filed)
Jun.ye@getechlaw.com
New York Bar No.: 5098116


*ATTORNEY FOR PLAINTIFF*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 23, 2023, a copy of the foregoing was filed via the Court's NextGem CM/ECF filing system, thereby serving it upon all counsel of record.

/s/ Ge (Linda) Lei
Ge (Linda) Lei, Esq.