**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

JINJIANGSHISILULIANGPINJINCHUKOUMAOYI CO., LTD., et al.

Plaintiff,

v.

Case No.: 1:23−cv−04687

Honorable Martha M. Pacold

The Entities and Individuals Identified in Annex A, et al.

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, November 14, 2023:

MINUTE entry before the Honorable Martha M. Pacold: Defendants' motion for an extension of time to respond [83] is granted. The court will give defendants until 11/16/2023 to file a response to plaintiff's motion to dismiss [82]. Any reply will be due by 11/30/2023. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.