Subject: Urgent Request for Court Order to Unfreeze Yonton Walmart Store



Dear Judge Martha M. Pacold,

Greetings. I am writing to seek your assistance regarding my Walmart store, Yonton, which is currently under litigation in case 23-cv-4687. Following the lawsuit, I contacted the plaintiff's law firm and successfully reached a settlement. I signed the settlement agreement on September 6, 2023, and promptly wired the settlement amount to the plaintiff's law firm. However, my Walmart store, Yonton, remains frozen to this day, causing significant disruptions to our business operations for the past three months.

My attorney informed me that the plaintiff's law firm filed a motion on September 7, 2023 (Dkt43) to amend Schedule A to withdraw the lawsuit against my store. They have also notified Walmart's legal department about this development.

Despite our efforts to communicate with Walmart's legal team, they insist on us providing either a Notice of Dismissal or Satisfaction of Judgment. We have explained to Walmart that the judge will not allow the plaintiff's law firm to submit these documents, but Walmart has not heeded our request. The

following excerpt is from Walmart's response:

"After careful review of your documents, we need the court dismissals that are signed by the judge for each case. Please have the courts submit them. Once we receive the documents, we will be able to escalate them for processing."

We urgently request your honor to issue an order compelling Walmart to unfreeze my Yonton store.

Thank you for your time and consideration.

Sincerely,

Zhou Li