**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

JINJIANGSHISILULIANGPINJINCHUKOUMAOYI
CO., LTD., et al.

                                Plaintiff,

v.                                     Case No.:
                                          1:23−cv−04687

                                          Honorable Martha
                                          M. Pacold

The Entities and Individuals Identified in Annex A, et al.

                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, December 5, 2023:

      MINUTE entry before the Honorable Martha M. Pacold: Plaintiff should confer immediately with the defendant that filed letter [88] and file by 12/8/2023 a joint status report informing the court about the status of the matters addressed in the letter and whether the parties request any relief from the court. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.