IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JINJIANGSHISILULIANGPINJIN-<br>CHUKOUMAOYI CO., LTD.<br><br>v.<br><br>The Entities and Individuals Identified in<br>Annex A | Case No. 23 C 4687<br><br>Hon. Martha M. Pacold |

# ORDER

This court's order dated 12/22/23 is amended as follows: Plaintiff's motion to return posted bond [93] is granted. The ten thousand dollar ($10,000) bond posted by plaintiff, including any interest, minus the registry fee, is hereby released to plaintiff's counsel. The Clerk of the Court is directed to return the $10,000 bond previously deposited with the Clerk of the Court to plaintiff's counsel, Getech Law LLC, 203 N LaSalle St, Suite 2100, Chicago, IL 60601.

Date: January 5, 2024                                    /s/ Martha M. Pacold